IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00509-ZLW-CBS

AUTUMN CARABAJAL,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC., a Florida corporation,

    Defendant.

_____

ORDER
_____

On April 14, 2006. counsel for Plaintiff advised the Court that this case had settled.  It is, therefore,

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before April 24, 2006..  If by that date settlement papers have not been received by the Court, on May 1, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  19  day of April, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Judge
United States District Court