IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00509-ZLW-CBS

AUTUMN CARABAJAL,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC., a Florida corporation,

    Defendant.

___

### ORDER OF DISMISSAL

___

The matter before the Court is Plaintiff's Unopposed Motion To Dismiss With Prejudice, wherein the Court is advised that this case has been settled.  In consideration thereof, it is

ORDERED that  Plaintiff's Unopposed Motion To Dismiss With Prejudice is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own attorney fees and costs.

DATED at Denver, Colorado, this   21   day of April, 2006.

                BY THE COURT:

                *[signature: Zita L. Weinshienk]*

                ZITA L. WEINSHIENK,  Senior Judge
                United States District Court